IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

**vs.**
                                                          Case No. 5:02cr19-RH
                                                          Case No. 5:05cv68-RH/WCS

**COLLIS EDWARD HOBBY,**

    **Defendant.**

_____/

## ORDER TO RESPOND TO § 2255 MOTION

In response to the court's order, doc. 78, Defendant filed an amended 28 U.S.C. § 2255 motion.  Doc. 79.

The court has reviewed the amended motion pursuant to the Rules Governing § 2255 Proceedings, and the Government is directed to file an answer, motion, or other response in compliance with § 2255 Rule 5(b).  If appropriate the Government shall include the initial brief or other briefs from the direct appeal, and may rely on the statement of facts presented there.  Defendant may reply to the Government's arguments within the time set by this order, but is not required to do so.  § 2255 Rule 5(d).

The court will review the record after the Government's arguments and Defendant's reply (if any) are filed. If it does not appear that a hearing or additional argument is warranted, then the undersigned will enter a report and recommendation for disposition of the § 2255 motion; if an evidentiary hearing is warranted, counsel will be appointed. § 2255 Rule 8(b) and (c).

Accordingly, it is **ORDERED**:

1. The clerk shall furnish a copy of amended § 2255 motion (doc. 79) and this order to the United States Attorney for this District, who shall file an answer, motion, or other response no later than **September 14, 2005.**

2. If review of the PSR is necessary, the Probation Office shall allow counsel for the Government to review the PSR upon request.

3. Defendant shall file a reply, if desired, no later than **October 14, 2005**.

**DONE AND ORDERED** on July 14, 2005.

      S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case Nos. 5:02cr19-RH and 5:05cv68-RH/WCS