IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                        CASE NO. 5:02cr19-RH/WCS
                                                                         5:05cv68-RH/WCS

COLLIS EDWARD HOBBY,

    Defendant.

_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 97) and the objections thereto (document 99). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "Defendant's motion for relief under 28 U.S.C. §2255 (document 79) is DENIED WITH PREJUDICE." The clerk shall close the file.

SO ORDERED this 9th day of January, 2008.

                                                s/Robert L. Hinkle
                                              Chief United States District Judge